```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

D.K., individually and on behalf of his child, R.K., a minor,

                      Plaintiffs,

       -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendant.

------------------------------------------------------------------X

21-cv-4091 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The letter motion at Dkt. No. 14 is GRANTED IN PART and DENIED IN PART. The requested stay of Defendant's time to answer is granted pending the outcome of the initial pre-trial conference. The initial conference will be held as scheduled on October 6, 2021 at 11:00 a.m. The remainder of the requested relief is denied without prejudice.

      SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                                          LEWIS J. LIMAN
                                                       United States District Judge