```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
D.K., individually and on behalf of his child, R.K., a  :
minor,                                                                        :
                                                                                    :
                       Plaintiffs,                                      :      21-cv-4091 (LJL)
                                                                                    :
          -v-                                                       :      ORDER
                                                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                                                                                    :
                       Defendant.                                  :
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is hereby:

      ORDERED that no later than October 8, 2021, counsel for Plaintiffs shall provide to counsel for Defendant all attorney billing records relevant to this case.

      IT IS FURTHER ORDERED that no later than January 31, 2022, the parties shall inform the Court of the status of any settlement discussions.  The time to answer or otherwise respond to the complaint is extended until January 31, 2022.  Any dispositive motions must be filed by March 7, 2022.

      SO ORDERED.

Dated: October 6, 2021
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge